## DECLARATION OF DR. JOSHUA BREGY

I, Joshua Bregy, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

### Background

1. I am over the age of eighteen and a resident of Greenville, South Carolina.

2. I began as an Assistant Professor in the Department of Environmental Engineering and Earth Sciences at Clemson University in January 2023. I am a climate scientist and an expert in the reconstruction of hurricane records.

3. Prior to joining the Clemson faculty, I earned a dual PhD in Earth and Atmospheric Sciences and Geography from Indiana University and an M.S. in Marine Science, with a special emphasis on Geological Oceanography, from the University of Southern Mississippi. A copy of my curriculum vitae is attached as **Exhibit A**.

4. As part of my duties as an Assistant Professor, I conduct research and teach classes. This semester, I was teaching an undergraduate oceanography course and a mixed graduate/undergraduate course about coastal hazards.

5. My research has important implications in the study of oceanography and climate change. My research is funded by third-party entities.

6. Before I was fired, I was on track to be tenured.

### Facebook Repost

7. I have a personal Facebook account. I do not use Facebook to interact with current students or university colleagues.

8. My Facebook account's privacy settings only allow my Facebook "friends" to see my posts.

9. I do not operate any of Clemson University's official accounts.

10. In the wake of Charlie Kirk's assassination, I reposted another person's Facebook post. A true and correct screenshot is attached as **Exhibit B**.

11. Even though my Facebook account is private, all Facebook users were able to see the repost because the original post was public.

12. A few hours after my repost, I made it private.

13. The next morning, University officials asked me to completely delete it. I did so.

### Reactions at Clemson

14. Between when the Clemson College Republicans account shared my repost and when I was terminated, I did not have any classes scheduled.

15. During that time, there were no interruptions to my official duties.

16. On Friday, September 12—after my repost had garnered significant attention online—I had a faculty meeting and a meeting with my faculty advisors.

17. The 1:30 PM faculty meeting went on as usual and was not interrupted or disrupted by my repost or any reactions to the repost. My department chair, Debora Rodrigues, said that it would be prudent for folks to be careful on social media, but other than that, there was no discussion of my repost.

18. At 2:30 PM, I met with my faculty advisors, Brian Powell and Alex Pullen. We talked about my repost and how the University might react. Both of my advisors expressed that they supported me, were not upset by my repost, and thought the whole thing would blow over quickly.

19. I spoke with Dr. Bob Jones, Clemson's Provost, on Monday, September 15, at around 7:00 PM. Dr. Jones told me that I am a "great teacher" but am being fired because of my Facebook repost. I recorded that phone call.

20. On the morning of Tuesday, September 16, I received an email from Dr. Jones terminating me for cause. A true and correct pdf of that letter is attached as **Exhibit C**.

### Fallout From My Termination

21. This has been a traumatic experience for me, and I am experiencing profound emotional, psychological, reputational, professional, and monetary harms as a result.

22. I am no longer receiving a salary or employment benefits from Clemson University.

23. Before being fired, I was in the process of being reviewed for a prestigious and highly competitive Faculty Early Career Development (CAREER) grant from the U.S. National Science Foundation (NSF). Unless I am reinstated at Clemson where I can continue my research, I may permanently lose out on that opportunity.

24. Additionally, I cannot continue my already-funded research, which will hurt my reputation and future career prospects.

25. Because I was fired "for cause," it will hurt my ability to obtain future employment as a tenure-track faculty member and to secure research funding.

26. After I was fired, I experienced extreme anxiety for which I sought medical treatment.

27. Multiple students have reached out to me to offer support and express dismay that I was fired.

28. One student sent a private message to me on Facebook to say:

I am very sorry about what happened to you at Clemson, I appreciate the way that you are trying to make the world a better place, and I am very sad that my time as your student as been cut short. I think that you are very brave and I hope that you continue to speak out for what is right.

29. A GoFundMe page was created on my behalf and can be found at:

https://www.gofundme.com/f/defend-academic-freedom-help-dr-bregy

30. Many students and faculty have donated to the GoFundMe.

31. One current student contacted me through the person who started the GoFundMe. Their message said:

You have been on my mind ever since I walked into class on Tuesday to find the classroom empty. I loved your class and your enthusiasm for teaching. I was sickened by what I see as a wrongful and unfair action against you. I am so glad to see that this fund has been created for your defense.

Executed October 3, 2025

*Joshua Bregy, PhD*

# EXHIBIT A

**JOSHUA C. BREGY**

**Assistant Professor**
**School of Civil and Environmental Engineering and Earth Sciences**
**Clemson University**

## CONTACT INFORMATION

Email: jbregy@clemson.edu
Tel: (864) 656-3529
Mail: 342 Computer Court, Rich Environmental Laboratory, Anderson, SC 29625
Office: Rich Environmental Laboratory, Room 158

## EDUCATION

**2021**    **Ph.D. (dual), Earth and Atmospheric Sciences and Geography**, Indiana University
Geography Advisor: Dr. Justin Maxwell
Earth and Atmospheric Sciences Advisor: Dr. Brian Yanites.

**2016**    **M.Sc., Marine Science (Geological Oceanography)**, University of Southern Mississippi
Advisor: Dr. Davin Wallace

**2013**    **B.Sc., Environmental Sciences; B.A., Spanish**; **Honors Interdisciplinary Studies minor**, University of Central Arkansas

## APPOINTMENTS

| | |
|---|---|
| 2023–present | Assistant Professor, School of Civil and Environmental Engineering and Earth Sciences, Clemson University |
| 2022–present | Summer Program Faculty, Dauphin Island Sea Laboratory (DISL) |
| 2021–2022 | Postdocotral Researcher, Department of Geography, Indiana University |
| 2017–2020 | Research/Teaching Assistant, Department of Geography, Indiana University |
| 2013–2016 | Research/Teaching Assistant, Department of Marine Sciences, University of Southern Mississippi |
| 2010–2013 | Research Assistant, Department of Biology and Department of Geography, University of Central Arkansas |

## PEER-REVIEWED PUBLICATIONS

1. Wallace, E., Dee, S., **Bregy, J.C.**, Emanuel, K. Multiproxy comparison of tree-ring records with sediment based coastal overwash records: a paleotempestology proof of concept study with proxy system modeling. *Paleoceanography and Paleoclimatology*, 39(9), e2024PA004870, doi: 10.1029/2024PA004870.

# EXHIBIT A

Joshua Bregy
Curriculum Vitae

2. King, K. E., and Coauthors, 2024. Reconstructed late summer maximum temperatures for the southeastern United States from tree ring blue intensity. *Geophysical Research Letters*, 51(13), e2024GL109099, doi: 10.1029/2024GL109099.

3. Harley, G.L., Therrell, M.D., Maxwell, J.T., Bhuta, A., **Bregy, J.C.,** Heeter, K.J., and Coauthors, 2023. The Longleaf Tree-Ring Network: reviewing and expanding the utility of *Pinus palustris* Mill. dendrochronological data. *Progress in Physical Geography: Earth and Environment*, doi: 10.1177/03091333221147652

4. Maxwell, J.T., Harley, G.L., Tucker, C.S., Galuska, T., Ficklin, D.L., **Bregy, J.C.,** and Coauthors, 2022. 1,100-year reconstruction of baseflow for the Santee River, South Carolina, USA reveals connection to the North Atlantic subtropical high. *Geophysical Research Letters*, 49(22), e2022GL100742, doi: 10.1029/2022GL100742.

5. Tucker, C.S., Pearl, J.K., Elliott, E.A., **Bregy, J.C.,** Friedman, J.M., Therrell, M.D., 2022. Baldcypress false ring formation linked to summer hydroclimatic extremes in the southeastern United States. *Environmental Research Letters*, 17(11), doi: 10.1088/1748-9326/ac9745.

6. **Bregy, J.C.,** Maxwell, J.T., Robeson, S.M., Harley, G.L., Elliott, E.A., Heeter, K.J., 2022. US Gulf Coast tropical cyclone precipitation influenced by volcanism and the North Atlantic subtropical high. *Communications Earth and Environment*, 3(1), 1–11, doi: 10.1038/s43247-022-00494-7.

7. Maxwell, J.T., **Bregy, J.C.**, Robeson, S.M., Knapp, P.A., Soulé, P.T., Trouet, V., 2021. Recent increases in tropical cyclone precipitation extremes over the US east coast. *Proceedings of the National Academy of Sciences USA*, 118(41), doi: 10.1073/pnas.2105636118.

8. Therrell, M., Elliott, E., Meko, M., **Bregy, J.C.**, Tucker, C., Harley, G.L., Maxwell, J., Tootle, G., 2020. Streamflow variability and false ring formation in bald cypress (*Taxodium distichum*). *Forests*, 11, doi: 10.3390/f11101100.

9. Maxwell, J.T., Harley, G.L., Matheus, T.J., Strange, B.M., Van Aken, K., Au, T.F., **Bregy, J.C.**, 2020. Sampling density and date influence spatial representation of tree-ring reconstructions. *Climate of the Past*, 16: 1901–1916, doi: 10.5194/cp-16-1901-2020.

10. **Bregy, J.C.**, Maxwell, J.T., Robeson, S.M., Ortegren, J.T., Soulé, P.T., Knapp, P.A., 2020. Spatiotemporal variability of tropical cyclone precipitation using a high-resolution gridded (0.25°x0.25°) dataset for the eastern United States, 1948–2015. *Journal of Climate*, 33(5), 1803–1819, doi: 10.1175/JCLI-D-18-0885.1.

11. Khider, D., and Coauthors, 2019. PaCTS 1.0: a crowdsource reporting standard for paleoclimate data. *Paleoceanography and Paleoclimatology*, 34, 1570–1596, doi: 10.1029/2019PA003632.

12. Yanites, B.J., Mitchell, N.A., **Bregy, J.C.,** Carlson, G.A., Cataldo, K., Holahan, M., Johnston, G.H., Nelson, A., Valenza, J., Wanker, M., 2018. Landslides control the spatial and temporal variation of channel width in southern Taiwan: implications for landscape evolution and cascading hazards in steep, tectonically active landscapes. *Earth Surface Processes and Landforms*, 43: 1782–1797, doi: 10.1002/esp.4353.

13. **Bregy, J.C.**, Wallace, D.J., Totten-Minzoni, R., Cruz, V., 2018. 2500-year paleotempestological record of intense storms for the Northern Gulf of Mexico, United States. *Marine Geology*, SI: Geological Records of Extreme Wave Events, 26–42, doi: 10.1016/j.margeo.2017.09.009.

2

# **EXHIBIT A**

Joshua Bregy
Curriculum Vitae

**TECHNICAL PUBLICATIONS**

1. **Bregy, J.C.**, Doiron, K., Lightfoot-Austin, D., Schorr, M., 2020. *Meteorological Hazards of Mexico*. Pp. 1–42. Submitted to the United States embassy in Mexico.

**SUBMITTED MANUSCRIPTS**

1. **Bregy, J.C.**, Maxwell, J.T., Robeson, S.M., Harley, G.L., Trouet, V. Hydroclimatic patterns, drivers, and shifting extremes in the western flank of the North Atlantic subtropical high since 1140 CE. *Accepted pending revisions: Science Advances.*

2. Sánchez-Murillo, R., and Coauthors. Stable isotope tempestology of tropical cyclones across the North Atlantic and Eastern Pacific Ocean basins. *Accepted pending minor revisions: Annals of the New York Academy of Sciences.*

3. Herrera, D. A., Domínguez, C., Centella, A., Sánchez-Murillo, R., Pons, D., Hidalgo, H., Bezanilla, A., Sierra-Lorenzo, M., and **Bregy, J. C.** Tropical cyclones modulate drought characteristics in the Hurricane Region of the Americas. *Submitted to: Nature Communications.*

**GRANTS**

1. SC NASA EPSCoR – Research Grant Program ($35K): "Estimating and Reconstructing the Frequency and Magnitude of Fluvial Flooding from Tropical Cyclones." Total Amount: $32,577.00. Dates: 05/07/2024–present.

2. Clemson University–Major Research Instrumentation: "Acquisition of an Isotope Ratio Mass Spectrometer, Gas Bench, and Elemental Analyzer for the Adaptation to Climate Change." Total Amount: $441,120.00. Dates: 01/01/2023–06/30/2023.

3. NSF Paleo Perspectives on Climate Change AGS-2102888, AGS-2102886, and AGS-2102938: "Reconstructing Tropical Cyclone Precipitation throughout the Southeastern United States." Total Amount: $492,973.00 (Indiana University portion: $258,774.00). Dates: 08/01/2021–present. (Co-authored; not listed as co-PI due to graduate student status.)

4. NSF Paleo Perspectives on Climate Change AGS-2103115: "Integrating Multiproxy Records of Tropical Cyclone Activity over the Last Millennia to Contextualize 21st (twenty-first) Century Events in the Northern Gulf of Mexico." Total Amount: $327,532.00. Dates: 07/15/2021–present. (Co-authored; not listed as co-PI due to graduate student status.)

**INVITED PRESENTATIONS**

<u>Underlined</u> name indicates presenter. * indicates poster and † indicates talk

1. **<u>Bregy, J.C.</u>**, 2023. Paleo-Perspectives on Hydroclimatic Variability and Extremes in the Southeast US: the Role of Tropical Cyclones and the Bermuda High. Fall Seminar Series, Department of Ocean and Earth Sciences, Old Dominion University. †

# EXHIBIT A

Joshua Bregy
Curriculum Vitae

2. **Bregy, J.C.**, 2023. Paleo-Perspectives on Hydroclimatic Variability and Extremes in the Southeast US: the Role of Tropical Cyclones and the Bermuda High. Fall Seminar Series, Department of Earth and Environmental Sciences, University of Texas, Arlington.[†]

3. **Bregy, J.C.**, 2023. Biological and Geological Records of Gulf Coast Paleohurricanes. Department of Biology Spring Seminar Series, Department of Biology, University of South Alabama.[†]

4. **Bregy, J.C.**, Maxwell, J.T., Harley, G.L., Elliott, E.A., 2021. Water over the bridge: can we connect tree rings and overwash deposits to understand regional tropical cyclone variability? *European Geophysical Union Annual Meeting*, Virtual.[†]

## PRESENTATIONS AT PROFESSIONAL MEETINGS

Underlined name indicates presenter. [*] indicates poster and [†] indicates talk.

1. Sánchez-Murillo, R., and Coauthors, 2024. High-frequency stable isotope tempestology of tropical cyclones across the Atlantic, Caribbean Sea, Gulf of Mexico, and eastern tropical Pacific Ocean basins. *Goldschmidt*, Chicago, Illinois.[†]

2. **Bregy, J.C.,** Maxwell, J.T., Robeson, S.M., Harley, G.L., Trouet, V., 2024. Variations in the western flank of the North Atlantic subtropical high since 1140 CE: extremes, hydroclimate patterns, and volcanic forcing. *Meeting of the Southeastern Section of the Geological Society of America*, Asheville, North Carolina.[†]

3. Thornton, L., Elliott, E.A., **Bregy, J.C.,** 2023. Does size matter? Impact of barrier island elevation and width on preserved paleotempestites across the northern Gulf of Mexico. *American Geophysical Union Fall Meeting*, San Francisco, California.[*]

4. Elliott, E.A., McKee, B.A., Rodriguez, A.B., **Bregy, J.C.,** 2023. Illuminating the impact of episodic events on estuarine sediment flux using modern storm analogs preserved in fine-grained deposits. *American Geophysical Union Fall Meeting*, San Francisco, California.[*]

5. Friedman, J., Elliott, E.A, Tucker, C., **Bregy, J.C.,** Therrell, M.D., Pearl, J.K., 2023. Stable oxygen isotopes as a proxy for climatic extremes in *Taxodium distichum* tree rings. *American Geophysical Union Fall Meeting*, San Francisco, California.[*]

6. **Bregy, J.C.,** Maxwell, J.T., Robeson, S.M., Harley, G.L., Trouet, V., 2022. Extremes and volcanically driven changes in the western flank of the Bermuda High since the 12th century. *American Geophysical Union Fall Meeting*, Chicago, Illinois.[†]

7. Friedman, J., Elliott, E.A., Tucker, C., **Bregy, J.C.,** Pearl, J., Therrell, M., 2022. Reconstructing tropical cyclone precipitation through oxygen isotope ratios in baldcypress (*Taxodium distichum*). *American Geophysical Union Fall Meeting*, Chicago, Illinois.[*]

8. Tucker, C., Elliott, E.A., **Bregy, J.C.,** Pearl, J., Therrell, M., Friedman, J., 2022. Baldcypress false ring formation linked to summer hydroclimatic extremes in the southeastern United States. *American Geophysical Union Fall Meeting*, Chicago, Illinois.[†]

9. Elliott, E.A., Monica, S., **Bregy, J.C.,** Wallace, D.J., Friedman, J., Totten, R., Lehrmann, A., Tucker, C., 2022. Using paleotempestology and barrier island geomorphology to characterize tropical cyclone

# EXHIBIT A

activity during the late Holocene along the northern Gulf Coast of the United States. *American Geophysical Union Fall Meeting*, Chicago, Illinois.*

10. Wallace, E.J., Dee, S., **Bregy, J.C.,** Emanuel, K., 2022. Evaluating uncertainties in latewood tree ring reconstructions of tropical cyclone precipitation using statistically/dynamically downscaled storms. *American Geophysical Union Fall Meeting*, Chicago, Illinois.*

11. **Bregy, J.C.**, Maxwell, J.T., Robeson, S.M., Harley, G.L., Elliott, E.A., Heeter, K.J. 2021. Changes in tropical cyclone rainfall driven by volcanism over the last 500 years. *American Geophysical Union Fall Meeting*, New Orleans, Louisiana. †

12. Elliott, E.A., Lehrmann, A., Totten Minzoni, R., **Bregy, J.C.**, Wallace, D.J., Tucker, C., 2021. Archives of the extreme: building multi-proxy records to characterize tropical cyclone activity and environmental impacts in the northern Gulf of Mexico. *American Geophysical Union Fall Meeting*, New Orleans, Louisiana.*

13. Tucker, C., Therrell, M.D., Elliott, E.A., **Bregy, J.C.**, Pearl, J.K., 2021. False rings in baldcypress contain clues of past hurricanes in the southeastern United States. *American Geophysical Union Fall Meeting*, New Orleans, Louisiana.*

14. Maxwell, J.T., Galuska, T., Harley, G.L., Ficklin, D.L., **Bregy, J.C.**, Au, T.F., Heeter, K.J., Lockwood, B., Elliott, E.A., Therrell, M.D., 2021. 1100-year reconstruction of baseflow indicates that high baseflow extremes are decreasing for the Santee River, South Carolina, USA. *American Geophysical Union Fall Meeting*, New Orleans, Louisiana.*

15. **Bregy, J.C.**, Maxwell, J.T., Harley, G.L., Robeson, S.M., 2021. Reconstructing and quantifying changes in the western flank of the North Atlantic subtropical high since 1430 CE using a multi-species tree-ring network. *American Geophysical Union Fall Meeting*, New Orleans, Louisiana.*

16. Barnes, R., Basu, N., Becker, P., **Bregy, J.C.**, Gasparini, N., Myers, D., 2021. Town hall: Twitter in the sciences. *American Geophysical Union Fall Meeting*, New Orleans, Louisiana.†

17. Elliott, E.A., **Bregy, J.C.**, Tucker, C.S., Lehrmann, A., Minzoni, R.T., Wallace, D.J., Therrell, M.D., 2021. Recording storms – Utilizing multiproxy records to identify and characterize tropical cyclone activity along the northern Gulf of Mexico. *Geological Society of America Fall Meeting*, Portland, Oregon.†

18. **Bregy, J.C.**, Maxwell, J.T., Harley, G.L., Elliott, E.A., Robeson, S.M., Heeter, K.J., 2020. 500 years of tropical cyclone precipitation variability along the Gulf Coast: multidecadal patterns, trends, and climate connections. *American Geophysical Union Fall Meeting*, Virtual.*

19. **Bregy, J.C.**, Maxwell, J.T., Harley, G.L., 2019. A ~500-year reconstruction of seasonal tropical cyclone precipitation estimates along the Gulf Coast, USA. *American Geophysical Union Fall Meeting*, San Francisco, California.*

20. **Bregy, J.C.**, Wallace, D.J., Maxwell, J.T., 2019. Cooking up a storm: a recipe for the North Atlantic hurricane climate in only ~100 Ma. *American Geophysical Union Fall Meeting*, San Francisco, California.*

5

<span style="color:red">**EXHIBIT A**</span>

Joshua Bregy
Curriculum Vitae

21. <u>Maxwell, J.T.</u>, **Bregy, J.C.**, Knapp, P.A., Soule, P.T., 2019. Increasing tropical cyclone precipitation extremes along the southeast Atlantic Coast over the last 350 years. *American Geophysical Union Fall Meeting*, San Francisco, California.†

22. Roberts, T., <u>Elliott, E.A.</u>, Therrell, M.D., Lampman, C.R., Maxwell, J.T., Harley, G.L., **Bregy, J.C.**, 2019. Utilizing anatomical anomalies in *Taxodium distichum* to reconstruct tropical cyclone activity along the northern Gulf of Mexico. *American Geophysical Union Fall Meeting*, San Francisco, California.*

23. <u>Knapp, P.A.</u>, Soule, P.T., Maxwell, J.T., Ortegren, J.T., **Bregy, J.C.**, 2019. North Atlantic tropical cyclone precipitation changes post volcanic eruptions: evidence from North Carolina longleaf pine (*Pinus palustris* Mill.): AD 1770–2000. *Annual Meeting of the American Association of Geographers*, Washington, D.C.*

24. **Bregy, J.C.**, Maxwell, J.T., and Harley, G., 2018. Latewood radial growth as a proxy for reconstructing tropical cyclone precipitation along the Gulf Coast, United States. *American Geophysical Union Fall Meeting*, Washington, D.C.*

25. **Bregy, J.C.**, Maxwell, J.T., Robeson, S.M., 2018. North Atlantic tropical cyclone precipitation and climate interactions in the eastern United States, 1948–2015. *American Association of Geographers Annual Meeting*, New Orleans, Louisiana.†

26. <u>Soule, P.T.</u>, Knapp, P., Maxwell, J.T., **Bregy, J.C.**, 2018. An update to a multi-century reconstruction of tropical cyclone precipitation in the North Carolina coastal region using the tree-ring record of longleaf pine. *American Association of Geographers Annual Meeting*, New Orleans, Louisiana.*

27. **Bregy, J.C.**, Maxwell, J.T., Robeson, S.M., 2017. North Atlantic tropical cyclone precipitation and climate interactions using a high-resolution dataset for the eastern United States, 1948–2015. *American Geophysical Union Fall Meeting*, New Orleans, Louisiana.*

28. <u>Yanites, B.J.</u>, **Bregy, J.C.**, Carlson, G., Cataldo, K., Holahan, M., Johnston, G., Mitchell, N.A., Nelson, A., Valenza, J., Wanker, M., 2017. Landslides control the spatial and temporal variation of channel width in southern Taiwan: implications for landscape evolution and cascading hazards in steep, tectonically active landscapes. *American Geophysical Union Fall Meeting,* New Orleans, Louisiana.†

29. <u>Yanites, B.J.</u>, **Bregy, J.C.**, Carlson, G., Cataldo, K., Holahan, M., Johnson, G.H., Mitchell, N., Nelson, A., Valenza, J., Wanker, M., 2017. Landslides control the spatial and temporal variation of channel morphology in southern Taiwan: implications for landscape evolution in steep, tectonically active landscapes. *Geological Society of America Fall Meeting*, Seattle, Washington.†

30. **Bregy, J.C.**, Wallace, D.J., 2016. Paleotempestological record of intense storms for the Northern Gulf of Mexico, United States. *American Geophysical Union Fall Meeting*, San Francisco, California.†

31. **Bregy, J.C.**, <u>Passe-Smith, M.S.</u>, 2013. Using GIS to determine mean tornado direction and path length during different ENSO events. *ESRI International User Conference*, San Diego, California.*

**TECHNICAL PROFESSIONAL PRESENTATIONS**

6

# EXHIBIT A

Joshua Bregy
Curriculum Vitae

1. **Bregy, J.C.**, Doiron, K., Lightfoot-Austin, D., Schorr, M., 2020. Meteorological hazards in Mexico. *Presented to the United States embassy in Mexico.*†

## ACADEMIC PRESENTATIONS

1. Indiana University—Department of Geography and Department of Earth and Atmospheric Sciences doctoral defense: *Reconstructing multidecadal to multicentennial variations in the tropical cyclone hydroclimate and its climatic controls in the Southeastern United States.* (2021)

2. Indiana University–Department of Geography Fall Colloquium Series/dissertation proposal presentation: *Understanding multidecadal to multicentennial variations in the tropical cyclone hydroclimate and its controls in the southeastern United States.* (2019)

3. 2018–2019 IU/WonderLab Summer Science Institute for Teachers: "Understanding and preparing for environmental change." Presented my previous and current research on paleotempestology and modern tropical cyclones. (2018–2019)

4. University of Southern Mississippi–Department of Marine Science Master of Science thesis defense: *Determining the viability of recent storms as modern analogues for north-central Gulf of Mexico paleotempestology through sedimentary analysis and storm surge reconstruction.* (2016)

5. University of Southern Mississippi–Graduate Student Symposium: *Determining the viability of recent storms as modern analogues for north-central Gulf of Mexico paleotempestology through sedimentary analysis and storm surge reconstruction.* (2016)

6. University of Southern Mississippi Three Minute Thesis competition: *Using modern storms to identify prehistoric storms.* Finalist. (2015)

7. University of Southern Mississippi–Department of Marine Science Fall Seminar Series: *Determining the viability of recent storms as modern analogues for north-central Gulf of Mexico paleotempestology through sedimentary analysis and storm surge reconstruction.* Presentation over my prospectus for the spot reserved for students to give seminars. (2015)

8. University of Central Arkansas–Honors College senior thesis defense: *An in-depth study on lightning-produced ground-level NOx and other influencing meteorological factors during the lifecycle of a thunderstorm.* (2013)

9. University of Central Arkansas–Department of Foreign Languages: Spanish capstone defense: *La presencia de ecología en la cultura costarricense.* (2013)

10. University of Central Arkansas–College of Natural Sciences and Mathematics Student Research Symposium: *Mussel biodiversity and distribution in the Sylamore Ranger District in Arkansas.* (2013)

## SCHOLARSHIPS, HONORS, AND AWARDS

1. Department of Geography, Indiana University: Founder's Award for Outstanding Paper in Climatology, 2020–2021.

7

<h1>EXHIBIT A</h1>

Joshua Bregy
Curriculum Vitae

2. College of Arts and Sciences, Indiana University: Dissertation Research Fellowship, 2020–2021. Award amount: $20,000

3. Department of Geography, Indiana University: Lester Spicer Poster Award, 2020.

4. Department of Geography, Indiana University: Stephen S. Visher Award for Outstanding Paper in Climatology, 2018–2019.

5. College of Arts and Sciences, Indiana University: College of Arts and Sciences Fall Travel Award, 2017.

6. Department of Geography, Indiana University: Graduate Student Summer Fellowship Award, 2017–2018.

7. Department of Geography, Indiana University: Graduate Student Fellowship Award, 2016–2017.

8. University of Southern Mississippi Three Minute Thesis: Finalist, 2015.

9. Arkansas Lottery Scholarship, 2010–2013.

10. Norbert O. Schedler Honors College, University of Central Arkansas: Honors College Full Scholarship, 2009–2013.

## TEACHING EXPERIENCE

### Instructor of Record

| | | |
|---|---|---|
| 2023–present | GEOL 2300: Our Global Ocean: A Survey of Oceanography | Clemson University |
| 2022–present | Hurricanes of the Gulf Coast | DISL |
| 2019–2020 | GEOG 305: Paleoclimates | Indiana University |
| 2018–2019 | GEOG 109: Introduction to Weather and Climate | Indiana University |

### Teaching Assistant

| | | |
|---|---|---|
| 2019 | GEOG 107: Physical Systems of the Environment | Indiana University |
| 2017–2018 | GEOG 109: Introduction to Weather and Climate (lab) | Indiana University |
| 2013–2016 | MAR 151L: Introduction to Marine Science (lab) | University of Southern Mississippi |
| 2012–2013 | GIS teaching assistant (all courses) | University of Central Arkansas |
| 2011–2013 | Environmental education program | University of Central Arkansas |
| 2010–2011 | Honors College mentor (philosophy of science, deep ecology and environmentalism, Taoism, Buddism, and Confucianism) | University of Central Arkansas |

## PROGRAMMING AND SOFTWARE EXPERIENCE

**EXHIBIT A**

Joshua Bregy
Curriculum Vitae

ArcGIS, ARSTAN, COFECHA, CooRecorder, Malvern Mastersizer 3000, MATLAB, PCReg, PPR, R, WinDendro

**SCIENTIFIC SERVICE**

**Meeting Sessions Convened:** AGU Fall Meeting 2022 – Novel Approaches to Reconstructing Extreme Events and Hydrological Hazards During the Holocene and Common Era; AGU Fall Meeting 2023 – Lessons from the Past: Extreme Events and Hydrological Hazards During the Holocene and Common Era.

**Peer reviewer**: *GCAGS Journal, Paleoceanography and Paleoclimatology, Geophysical Research Letters, Bulletin of the American Meteorological Society, npj Climate and Atmospheric Science, Communications Earth and Environment, Earth Interactions, Climate Research, Marine Geology*

**Member**: *American Geophysical Union, European Geosciences Union, Past Global Changes (Floods Working Group, PALSEA, DAPS, Iso2k), International Union for Quaternary Research, Geological Society of America*

**Outreach**: Science Fest (2016, 2019); Skype-a-Scientist (2019–2020)

**Media appearances:** *Climate Scientists* podcast ("Disability in the Earth System Sciences" series; 2020); *Climate Scientists* podcast (2021); *Science… Sort Of* podcast ("American Geophysical Union fall meeting" series; 2021); *The Washington Post* (2024); *The Post and Courier* (2024a); *The Post and Courier* (2024b).

**LANGUAGE FLUENCY**
English (native language; fluent)
Spanish (fluent)

# **EXHIBIT B**



**Kaitlyn Eubanks-Phillips**
1d · 🌐

Let me preface this post by saying that violence is never okay and as much as I dislike someone and their cruel ideas, I would never want their life to be taken in an act of violence. Democracy should be built on ideas, not force. But I AM going to say this: If anyone thinks that a reasonable price for the second amendment is countless innocent lives, and then that person has the cold-heartedness and audacity to say that empathy is likened to a social disease, they will get no protracted sympathy from me. I'm sorry, but I'm drawing a line in the sand here. Unfriend me if you don't like hearing this simple truth. I'll never advocate for violence in any form, but it sounds to me like karma is sometimes swift and ironic. As Kirk said, "play certain games, win certain prizes."

Moreover, the disgusting double standard for those on the "other side of the political line" is insane. Where was the outrage from the conservatives when Melissa Hortman, her husband, and even their dog were murdered in an act of political violence? Where were the thoughts and prayers from those who are outraged now? And why is there already a call from certain conservatives for retribution and violence? Doesn't that say too much about what cruelty awaits in their vengeance?

Maybe you think I'm cruel too, but I'll say this also - I truly grieve for Kirk's family and friends. No one deserves to go through tragic loss like that. No one should be gunned down - not a school child, not an influencer, not a politician - no one. But am I going to allow people to make a martyr out of a flawed human being whose rhetoric caused notable damage? Not a chance.

# EXHIBIT C



September 16, 2025

**<u>PERSONAL AND CONFIDENTIAL</u>**
Via US Mail
Via Email

Joshua Bregy, Ph.D.
31 Station Ct., Apt. 9
Greenville, SC  29601
joshua.bregy@gmail.com
501.749.1202

Dear Dr. Bregy,

This letter serves to inform you of your dismissal for cause from employment with Clemson University as an assistant professor in the School of Civil and Environmental Engineering and Earth Sciences. The dismissal is effective September 15, 2025 and is based on your blatantly unprofessional conduct and conduct seriously prejudicial to the University.

The Faculty Manual provides for dismissal of an untenured faculty member before the end of the specific term of appointment "for cause," which is defined to include "actions that could reasonably be construed as having extremely adverse effects upon Clemson University," "blatantly unprofessional conduct," and "conduct seriously prejudicial to the University." (See 2025 Faculty Manual pp. 58-59.)

The Faculty Manual makes clear that membership in the academic community imposes an obligation to respect the dignity of others and that academic freedom is accompanied by academic responsibility. Members of the faculty have responsibilities to their students, including showing respect for the student as an individual and adherence to their proper role as intellectual guides and counselors. (See 2025 Faculty Manual pp. 61-62.) The Faculty Manual states that "As professional educators and academic officers, they are aware that the public may judge their profession and their institution by their utterances. Hence, faculty members should endeavor to be accurate, to exercise due restraint, to show respect for the utterances of others, and,

---

**CLEMSON UNIVERSITY OFFICE OF THE PROVOST**

206 Sikes Hall, 101 Calhoun Drive, Box 345101, Clemson, S.C. 29634-5101
**P** 864-656-3243   |   *www.clemson.edu/provost*

# **EXHIBIT C**

when appropriate, to indicate that they are not officially representing Clemson University." (See 2025 Faculty Manual p. 62.)

Your dismissal is a result of the following misconduct: In the aftermath of Charlie Kirk's murder on September 10, 2025, in an outdoor area on a college campus in front of thousands of students, you reposted to your social media account the following: "Unfriend me if you don't like hearing this simple truth. I'll never advocate for violence in any form, but it sounds to me like karma is sometimes swift and ironic. As Kirk said, 'play certain games, win certain prizes.'"

As I told you when we met to discuss this matter, your social media repost regarding this murder very soon after it occurred was irresponsible and unprofessional. You did not show due restraint or respect, and you made no effort when you reposted to state that your views did not represent the views of Clemson University.

This repost poses a reasonable threat of disruption to the University's ability to carry out its teaching and other responsibilities. Suggesting that a murdered person deserved to be killed showed extremely poor judgment, and as a result you have irretrievably jeopardized your ability to serve as an intellectual guide and counselor to students. I have also lost confidence in your professional fitness to continue to serve as a faculty member and your ability to be effective in the classroom. As a result, you are being dismissed from your assistant professor position and your employment at Clemson University.

Clemson University requires that you return any University property you may have in your possession (University ID, computer, etc.). You must return these items to the Administrative Services Building, 108 Perimeter Road, on or before close of business on Thursday September 17, 2025. Additionally, all electronic accounts will be revoked today, September 16, 2025 and you may no longer access any Clemson facilities or labs, engage in any work on behalf of Clemson or otherwise have any affiliation with Clemson. You are not to work or have contact with any Clemson students (virtually, electronically, or otherwise) in any manner that would lead a current Clemson student to reasonably believe that you are working for or on behalf of Clemson or that you are otherwise affiliated with Clemson. You also may not engage with any current Clemson students on any grant or project that is affiliated with Clemson.

You may contact Human Resources at empins@clemson.edu with any questions about insurance and retirement benefits.

A copy of this dismissal letter will be placed in your personnel file. You may have rights under the grievance or formal complaint processes included in the Clemson University Faculty Manual (see 2025 Faculty Manual at p. 75 and be sure to note the filing deadlines for these processes). If you have questions regarding your rights under the Faculty Manual, please contact the Faculty Senate Office at 864-656-2456.

# EXHIBIT C

Sincerely,

*Robert Jones* (signature)

Provost Bob Jones

cc:
Debora Rodrigues, Chair
Jesus de la Garza, Director
Anand Gramopadhye, Dean
Joy Patton, Director of Faculty Staff Relations