UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION
Case Number: 8:25-cv-12810-JDA

| | | |
|---|---|---|
| Joshua Bregy, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Board of Trustees of Clemson University, | ) | **CONSENT MOTION FOR EXTENSIONS** |
| Robert Jones in his individual and official | ) | **OF TIME** |
| capacity as provost of Clemson University, | ) | |
| James Clements in his individual and official | ) | |
| capacity as president of Clemson University, | ) | |
| Kim Wilkerson in her individual and official | ) | |
| capacity as Chair of the Clemson Board of | ) | |
| Trustees, John McCarter, Jr., David Dukes, | ) | |
| Nikki Haley, Ronald Lee, Louis Lynn, | ) | |
| Patricia McAbee, Smyth McKissick, Robert | ) | |
| Peeler, Cheri Phyfer, Mark Richardson, | ) | |
| William Smith, Jr., and Joseph Swann in their | ) | |
| individual and official capacities as members | ) | |
| of the Clemson Board of Trustees, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 4(d) and Rule 6(b) of the Federal Rules of Civil Procedure and Local Civ. Rule 12.01 (D.S.C.), Defendants, by and through their counsel, and with consent of all parties, hereby move the Court to amend the deadline for all Defendants to answer, move, or otherwise plead to Plaintiff's Complaint from twenty-one (21) days after service of the Complaint to sixty (60) days after the transmission of Plaintiff's written request to waive service, where Defendants have agreed to such waiver pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. This deadline has not previously been extended. The extension is requested due to the other professional obligations and litigation deadlines of counsel and, if granted, will not prejudice any party. The waiver of service was transmitted by Plaintiff's counsel to Defendants' counsel on October 9, 2025, meaning the new deadline to answer, move, or otherwise plead would be December 8, 2025.

Likewise, Defendants, with the consent of all parties, move the court to amend the deadline to respond to Plaintiff's Motion for a Preliminary Injunction from fourteen (14) days to thirty (32) days, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. This deadline has not previously been extended, and the extension is requested due to counsel's other professional obligations and deadlines. At present, Defendants' Response to the Motion is due on October 20, 2025. If the extension is granted, the Response will be due on November 7, 2025. The extension will not prejudice any party.

WE SO MOVE.

Respectfully submitted with consent by,

*s/ Charles F. Turner, Jr.*
Charles F. Turner, Jr. (Fed. ID # 05849)
J. Nathan Ozmint (Fed. ID # 14360)
John P. "Jack" Riordan (07314)
Mike T. Smith (Fed. ID # 04781)
WILLSON JONES CARTER & BAXLEY, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC 29607
Telephone: 864-672-3711
cfturner@wjcblaw.com
jnozmint@wjcblaw.com
jpriordan@wjcblaw.com
mtsmith@wjcblaw.com

*s/ Chris Johnson*
Christopher W. Johnson (Fed. ID # 7581)
BETTIS LAW GROUP, LLP
3700 Forest Drive, Suite 500
Columbia, SC 29204
Telephone: 803-799-9311
chris@bettislawsc.com

*(Continued on following page)*

_s/ Miles E. Coleman_____

Miles E. Coleman (Fed. ID # 11594)
NELSON MULLINS RILEY & SCARBOROUGH
2 West Washington Street, Suite 400
Greenville, SC 29601
Telephone: 864-373-2352
miles.coleman@nelsonmullins.com

_Attorneys for Defendants_

This the __10th__ day of October, 2025
Greenville, SC