UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION
Case Number: 8:25-cv-12810-JDA

| | |
|---|---|
| Joshua Bregy, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>Board of Trustees of Clemson University, Robert )<br>Jones in his individual and offficial capacity as )<br>provost of Clemson University, James Clements )<br>in his individual and official capacity as president )<br>of Clemson University, Kim Wilkerson in her )<br>individual and official capacity as Chair of the )<br>Clemson Board of Trustees, John McCarter, Jr., )<br>David Dukes, Nikki Haley, Ronald Lee, Louis )<br>Lynn, )<br>Patricia McAbee, Smyth McKissick, Robert )<br>Peeler, Cheri Phyfer, Mark Richardson, William )<br>Smith, Jr., and Joseph Swann in their individual )<br>and official capacities as members of the Clemson )<br>Board of Trustees, )<br>)<br>Defendants. ) | **CONSENT MOTION FOR EXTENSIONS OF TIME** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civ. Rule 12.01 (D.S.C.), Defendants, by and through their counsel, and with consent of all parties, move the court to extend the deadline to respond to Plaintiff's Motion for a Preliminary Injunction by forty-five (45) days, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, altering the deadline from November 21, 2025, until January 5, 2026. The extension is requested due to the parties' active exploration of early mediation in an attempt to resolve this matter. Counsel for the Defendants certifies that the grant of this extension would not affect any other deadlines.

*(Signature page to follow)*

WE SO MOVE.

Respectfully submitted with consent by,

*s/ Charles F. Turner, Jr.*
Charles F. Turner, Jr. (Fed. ID # 05849)
J. Nathan Ozmint (Fed. ID # 14360)
John P. "Jack" Riordan (07314)
Mike T. Smith (Fed. ID # 04781)
WILLSON JONES CARTER & BAXLEY, P.A.
325 Rocky Slope Road, Suite 201
Greenville, SC 29607
Telephone: 864-672-3711
cfturner@wjcblaw.com
jnozmint@wjcblaw.com
jpriordan@wjcblaw.com
mtsmith@wjcblaw.com

*s/ Chris Johnson*
Christopher W. Johnson (Fed. ID # 7581)
BETTIS LAW GROUP, LLP
3700 Forest Drive, Suite 500
Columbia, SC 29204
Telephone: 803-799-9311
chris@bettislawsc.com

*s/ Miles E. Coleman*
Miles E. Coleman (Fed. ID # 11594)
NELSON MULLINS RILEY & SCARBOROUGH
2 West Washington Street, Suite 400
Greenville, SC 29601
Telephone: 864-373-2352
miles.coleman@nelsonmullins.com

*Attorneys for Defendants*

This the __19th__ day of November, 2025
Greenville, SC