# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION
### Case Number: 8:25-cv-12810-JDA

| | |
|---|---|
| Joshua Bregy,<br><br>                                Plaintiff,<br><br>vs.<br><br>Board of Trustees of Clemson University, Robert Jones in his individual and offficial capacity as provost of Clemson University, James Clements in his individual and official capacity as president of Clemson University, Kim Wilkerson in her individual and official capacity as Chair of the Clemson Board of Trustees, John McCarter, Jr., David Dukes, Nikki Haley, Ronald Lee, Louis Lynn, Patricia McAbee, Smyth McKissick, Robert Peeler, Cheri Phyfer, Mark Richardson, William Smith, Jr., and Joseph Swann in their individual and official capacities as members of the Clemson Board of Trustees,<br><br>                              Defendants. | CONSENT MOTION OF DISMISSAL AS TO ALL DEFENDANTS EXCEPT ROBERT JONES |

      Pursuant to the parties' mediated settlement, the Plaintiff hereby moves pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure to dismiss this action, except as to Defendant Robert Jones.  The dismissal is with prejudice as to the Board of Trustees of Clemson University, James Clements, in both his individual and official capacity as president of Clemson University, Kim Wilkerson, John McCarter, Jr., David Dukes, Nikki Haley, Ronald Lee, Louis Lynn, Patricia McAbee, Smyth McKissick, Robert Peeler, Cheri Phyfer, Mark Richardson, William Smith, Jr., and Joseph Swann, in both their individual and official capacities as members of the Clemson Board of Trustees.

| WE MOVE: | WE CONSENT: |
|---|---|
| *s/Allen Chaney* | *s/ Charles F. Turner, Jr.* |
| Allen Chaney | Charles F. Turner, Jr. (Fed. ID # 05849) |
| ACLU of South Carolina | J. Nathan Ozmint (Fed. ID # 14360) |
| PO Box 1668 | John P. "Jack" Riordan (07314) |
| Columbia, SC 29202 | Mike T. Smith (Fed. ID # 04781) |
| (864) 372-6681 | WILLSON JONES CARTER & BAXLEY, P.A. |
| achaney@aclusc.org | 325 Rocky Slope Road, Suite 201 |
|  | Greenville, SC 29607 |
| Attorney for Plaintiff | Telephone: 864-672-3711 |
|  | cfturner@wjcblaw.com |
|  | jnozmint@wjcblaw.com |
|  | jpriordan@wjcblaw.com |
|  | mtsmith@wjcblaw.com |

*s/ Christopher W. Johnson*
Christopher W. Johnson (Fed. ID # 7581)
BETTIS LAW GROUP, LLP
3700 Forest Drive, Suite 500
Columbia, SC 29204
Telephone: 803-799-9311
chris@bettislawsc.com

*s/ Miles E. Coleman*
Miles E. Coleman (Fed. ID # 11594)
NELSON MULLINS RILEY & SCARBOROUGH
2 West Washington Street, Suite 400
Greenville, SC 29601
Telephone: 864-373-2352
miles.coleman@nelsonmullins.com

Attorneys for Defendants

Dated: January 5, 2026